IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA, )
)
        Plaintiff, )
)
v. ) No. 05-10016-01-WEB
)
SCOTT D. HILDRETH, )
)
        Defendant. )
)

**Memorandum and Order**

This matter is before the court on the defendant's Motion for Early Termination of Supervised Release (Doc. 82). The Government and the U.S. Probation Office do not oppose the motion.

Under 18 U.S.C. § 3583(e)(1), the court after considering the appropriate factors may terminate a term of supervised release after one year "if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

The record shows that the defendant previously performed successfully while on probation for 20 months and has since successfully served 12 months of supervision. The court concludes that termination of supervision is warranted. Accordingly, defendant's Motion for Termination of Supervised Release (Doc. 82) is GRANTED. The term of supervised release previously imposed is terminated and the defendant is hereby discharged from supervision. IT IS SO ORDERED this __14th__ Day of September, 2010, at Wichita, Ks.

                                    s/Wesley E. Brown
                                    Wesley E. Brown
                                    U.S. Senior District Judge